# EXHIBIT A

1. *Brown v. Citibank, South Dakota, N.A.*, 5:06-CV-0123 (E.D.N.C.)
2. *Smith v. Citibank (South Dakota), N.A.*, 7:06-CV-0124 (W.D. Va.)
3. *Leake v. Chase Manhattan Bank U.S.A.*, 1:06-CV-0425 (N.D. Ga.)
4. *Herlocker v. Discover Bank*, 06-CV-0501 (D. Colo.)
5. *Guriel v. Discover Bank*, 06-CV-0498 (D. Colo.)
6. *Prizevoits v. Capital One Bank*, 1:06-CV-0374 (S.D. Ind.)
7. *Prizevoits v. MBNA America Bank, N.A.*, 1:06-CV-0376 (S.D. Ind.)
8. *Cormier v. Bank of America, N.A.*, 06-CV-0356 (W.D. Wash.)
9. *Ricciardi v. Service Credit Union*, 1:06-CV-00092 (D.N.H.)
10. *Dare v. Thomas & Thomas Attorneys, LLC*, 1:06-CV-00091 (S.D. Ohio)
11. *Dare v. G.E. Moneybank*, 1:06-CV-0150 (S.D. Ohio)
12. *Dare v. Citibank N.A.*, 1:06-CV-0165 (S.D. Ohio)
13. *Bernard v. Simmons First National Bank*, 06-CV-3011 (W.D. Ark.)
14. *Courchene v. Citibank*, 06-CV-4026 (W.D. Mo.)