IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JACOB ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV00228 |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| FREDERICK J. HANNA & | ) | |
| ASSOCIATES, P.C., DENNIS E. | ) | |
| HENRY, Esquire, CHERIE | ) | |
| WILSON, Legal Assistant, | ) | |
| BERNHARDT & STRAWSER, P.A., | ) | |
| ROBERT J. BERNHARDT, | ) | |
| Esquire, P.C., JOHN DOE, | ) | |
| JANE DOE, and ONE UP, | ) | |
| | ) | |
| Defendants. | ) | |

## O-R-D-E-R

On July 30, 2007, this matter came on for a status conference regarding Defendants Hanna & Associates, Dennis E. Henry, Cherie Wilson, and John Does. Plaintiff appeared *pro se* and gave notice in open court that he wished to take a voluntary dismissal as to these Defendants. The dismissal is effective without court order. *See* Fed. R. Civ. P. 41(a)(1). Plaintiff's claims against Defendant Bank of America have been dismissed with prejudice by stipulation of the parties. *See* Pleading Nos. 20 and 25.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: July 31, 2007