IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JACOB ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV00228 |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| FREDERICK J. HANNA & | ) | |
| ASSOCIATES, P.C., DENNIS E. | ) | |
| HENRY, Esquire, CHERIE | ) | |
| WILSON, Legal Assistant, | ) | |
| BERNHARDT & STRAWSER, P.A., | ) | |
| ROBERT J. BERNHARDT, | ) | |
| Esquire, P.C., JOHN DOE, | ) | |
| JANE DOE, and ONE UP, | ) | |
| | ) | |
| Defendants. | ) | |

J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 27, 2007, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Bernhardt Defendants' motion to dismiss (Pleading No. 4) be granted in favor of all of the Bernhardt

Defendants as to all claims, and this action be dismissed with prejudice.

This the day of September 19, 2007

                                                  /s/ N. Carlton Tilley, Jr.
                                                  United States District Judge